*Mr. W. B. Sands,* for Relators.

———

No. 3,896.—ALLING MER. & L. CO., RESPONDENT, *v.* E. E. SMILEY ET AL., APPELLANTS.

*Appeal from District Court of Richland County; C. C. Hurley, Judge.*

Decided March 19, 1917.

PER CURIAM.—Pursuant to motion of appellants, the appeal in this cause is hereby dismissed.

*Mr. R. O. Lunke* and *Mr. C. E. Collett,* for Appellants.

*Mr. F. P. Leiper* and *Mr. John Bird,* for Respondent.

———

No. 3,720.—HOMER G. MURPHY, RESPONDENT, *v.* ANNA E. NETT, APPELLANT.

*Appeal from District Court, Lewis and Clark County.*

Decided March 23, 1917.

PER CURIAM.—Pursuant to respondent's motion that the appeal herein be dismissed for failure to file brief, the appeal herein is dismissed.

*Mr. W. D. Rankin,* for Appellant.

*Mr. H. G. McIntyre,* for Respondent.